

# harman claytor corrigan wellman
THE CIVIL LITIGATION FIRM

JAMES R. JEBO
804.762.8032
DIRECT FAX | 804.212.0870
jjebo@hccw.com
Respond to: Richmond

August 6, 2020

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

AUG 14 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

The Honorable Sarona S. Irvin, Clerk
Shenandoah County Circuit Court
P. O. Box 406
Woodstock, VA 22664

Re: <u>Brian C. Moore v. Courtney Anthony Drummond, Yacoub Sy, and U.S. Xpress Leasing, Inc.</u>
Case No.: CL20-513

Dear Ms. Irvin:

I enclose for filing the Notice of Filing Removal on behalf of U.S. Xpress Leasing, Inc. and Yacoub Sy.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

James R. Jebo

Enclosure
cc: Thomas W. Farrington, Esq.

2020 AUG 10 AM 11:38
CIRCUIT COURT CLERK'S OFFICE
SHENANDOAH COUNTY, VA
SARONA S. IRVIN, CLERK
RECEIVED & FILED

**RICHMOND**
POST OFFICE BOX 70280 | RICHMOND, VA 23255
4951 LAKE BROOK DR. | SUITE 100 | GLEN ALLEN, VA 23060

**DC METRO**
1900 DUKE ST. | SUITE 210 | ALEXANDRIA, VA 22314


SCANNED

PHONE 804.747.5200 | FAX 804.747.6085 | WEB HCCW.COM
member of the harmonie group

VIRGINIA:

IN THE CIRCUIT COURT FOR THE COUNTY OF SHENANDOAH

BRIAN C. MOORE,

   Plaintiff,

v.                                              Case No. CL20-513

COURTNEY ANTHONY DRUMMOND,

and

YACOUB SY

and

US XPRESS LEASING, INC.,

   Defendants.

## NOTICE OF FILING REMOVAL

TO:    The Honorable Sarona S. Irvin, Clerk
          Shenandoah County Circuit Court
          P. O. Box 406
          Woodstock, VA 22664

     PLEASE TAKE NOTICE that Yacoub Sy and U.S. Xpress Leasing, Inc. have filed with the United States District Court for the Western District of Virginia, Harrisonburg Division, a Notice of Removal of this case to said United States District Court. A copy of that Notice is attached hereto. Pursuant to 28 U.S.C. §1446(d), no further action should be taken in state court unless and until the action is remanded.

     DATED this 6th day of August, 2020.

                                                           **YACOUB SY and**
                                                            **U.S. XPRESS LEASING, INC.**

                                                             By Counsel



_____
James R. Jebo (VSB No. 48418)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jjebo@hccw.com

## CERTIFICATE

I hereby certify that a true copy of the foregoing was mailed this 6th day of August, 2020 to:

Thomas W. Farrington, Esq.
VSB No. 39822
Law Office of Thomas W. Farrington
4204 Ambler Drive
Kensington, MD 20895-4001
240-461-6990 - Phone
443-576-0571 - Fax
tfarri8084@aol.com

_____
James R. Jebo

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**BRIAN C. MOORE,**
    Plaintiff(s)

v.                                      Civil Action No. **5:20-cv-00048**
                                      State Court No. CL 20-513

**COURTNEY ANTHONY DRUMMOND, ET AL,**
    Defendant(s)

ORDER

This case having been removed from your Court to the United States District Court for the Western District of Virginia at Harrisonburg, Virginia. Finding it necessary and proper so to do, it is hereby

**REQUESTED**

that the original case file in your Court be forwarded to the Clerk of this Court at 116 North Main Street, Harrisonburg, VA 22802, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF), said removal and transmittal of the file being in accordance with the law for these cases made and provided.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record and to the **Clerk of Shenandoah County Circuit Court** at **112 S. Main St., Woodstock, VA 22664.**

ENTERED:   August 6, 2020.

*/s/ Michael F. Urbanski*
Michael F. Urbanski
Chief United States District Judge