## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| **BRIAN C. MOORE,** | ) | |
| Plaintiff, | ) | Civil Action No.: 5:20-cv-48 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **COURTNEY ANTHONY DRUMMOND,** | ) | |
| et al., | ) | By: Michael F. Urbanski |
| Defendants. | ) | Chief United States District Judge |

### ORDER

Pursuant to the joint stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action be, and hereby is, **DISMISSED with prejudice** as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

It is so **ORDERED**.

Entered: June 16, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.06.16 17:30:19
-04'00'

Michael F. Urbanski
Chief United States District Judge